UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

January 12, 2001

MEMORANDUM TO COUNSEL RE:      Wayne B. Ewell v.
Ventiv Health U.S. Sales, Inc., et al.
Civil #L00-3720

Dear Counsel:

    Ms. Freedman filed a motion to remand. If defendants wish to oppose the motion, their opposition is due on or before January 22, 2001.

    Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:     Court file