IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **WAYNE B. EWELL** | * | |
| **Plaintiff** | * | |
| v. | * | Civil Action No. L00CV3720 |
| **VENTIV HEALTH U.S. SALES, INC.**, *et al.* | * | |
| | * | |
| **Defendants** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration Defendant's Motion to Amend Notice of Removal, and any Opposition thereto, it is this ___ day of April, 2001, by the United States District Court for the District of Maryland

ORDERED, that Defendant's Motion to Amend Notice of Removal be and the same hereby is GRANTED; and it is

ORDERED, that the Amended Notice of Removal attached to Defendant's Motion to Amend Notice of Removal as Exhibit A be and the same hereby is filed in the above-referenced action.

_____
Judge, United States District Court

#237845
V07496.045892