IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WAYNE B. EWELL<br><br>PLAINTIFF<br><br>v.<br><br>VENTIV HEALTH U.S. SALES, INC.<br>et al.<br><br>DEFENDANTS | CASE NO.: L00-3720 |

STIPULATION OF DISMISSAL AS TO
DEFENDANT VENTIV HEALTH, INC.

The parties jointly stipulate and agree to the dismissal of Defendant Ventiv Health, Inc. only in the above reference action. Defendant Ventiv Health U.S. Sales remains a defendant in this action.

_____
Callista M. Freedman    #23007
Law Office of Paul F. Newhouse
409 Washington Avenue
Suite 420
Towson MD 21204
Attorney for Plaintiff

_____
Maryann S. Cohea    #11392
Tydings & Rosenberg LLP
100 East Pratt Street
26th Floor
Baltimore MD 21202
Attorney for Defendants

SO ORDERED:

_____
Benson E. Legg, Judge
United States District Court for the
  District of Maryland

_____
Date

0

cc: Callista M. Freedman, Esquire
    Maryann S. Cohea, Esquire