```
____FILED    ____ENTERED
____LODGED   ____RECEIVED

AUG - 6 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                    DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### Northern Division

| | | |
|---|---|---|
| **WAYNE B. EWELL,** | * | |
| **Plaintiff,** | * | |
| v. | * | Civil Action No. L00CV3720 |
| **VENTIV HEALTH U.S. SALES, INC.** | * | |
| **Defendants.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the parties' Joint Motion to Enlarge Scheduling Order, there being no opposition thereto, and good cause having been shown, it is this **4TH** day of **August**, 2001,

ORDERED, that the parties' Joint Motion to Enlarge Scheduling Order be, and the same hereby is, GRANTED; and it is further

ORDERED, that the parties will be required to identify their respective expert witnesses who will testify on issues related to damages and disclose the general area on which each expert will testify in accordance with the Scheduling Order currently in place, but will be permitted to defer the preparation of expert reports and the taking of expert depositions for those experts until either (1) seventy five (75) days after the Court rules on any dispositive motion filed in the case, or (2) seventy five (75) days after the parties



2

indicate in their status report to the Court that no dispositive motions will be filed in the case and it is further

ORDERED, that discovery of other experts who will not testify on damages issues will proceed in accordance with the current Scheduling Order.

_____
Benson Everett Legg
United States District Judge

Copies to:

Callista M. Freedman, Esq.
  Law Office of Paul F. Newhouse
  409 Washington Avenue
  Suite 420
  Towson, Maryland  21204

William C. Sammons, Esq.
Maryann S. Cohea, Esq.
  Tydings & Rosenberg LLP
  100 East Pratt Street
  26th Floor
  Baltimore, MD 21202

#262500                                    2