LAW OFFICES

PAUL F. NEWHOUSE

409 WASHINGTON AVENUE • SUITE 420 • TOWSON, MARYLAND 21204 • (410) 296-8565 • FAX (410) 296-1517

PAUL F. NEWHOUSE             August 31, 2001             CALLISTA M. FREEDMAN

*[Filed stamp: 2001 SEP -4 P 3:05, CLERK'S OFFICE AT BALTIMORE, DEPUTY]*

Honorable Benson E. Legg
U.S. District Court
for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard St
Baltimore MD 21201

    RE:    Ewell v. Ventiv Health U.S. Sales, Inc., et al.
           Case No.: L-00-3720

Dear Judge Legg:

    With the consent of counsel for Ventiv Health U.S. Sales, Inc., I am writing to make a joint request to extend discovery in the above referenced matter. The parties have diligently conducted discovery in this matter. Unfortunately, due to the work schedules and summer vacations of counsel for both parties, no depositions have been scheduled to take place before the current discovery end date of September 4, 2001. The schedules for possible deponents during the past summer have increased the difficulties with arranging agreeable dates for the depositions. In addition, Ventiv Health U.S. Sales, Inc., although presently working on answers to interrogatories and production of documents, has not yet responded to Plaintiff's discovery requests. Plaintiff's discovery requests were detailed and require the production of a fair amount of documents. It is anticipated that Ventiv will provide discovery responses shortly.

    In order to arrange depositions and complete discovery in this matter, both parties request an extension of the discovery period and other deadlines in the current scheduling order as follows:

Discovery deadline: submission of status report      November 5, 2001
~~Requests for Admissions~~      ~~November 12, 2001~~
Dispositive Pretrial motions deadline      December 5, 2001

    Thank you for your consideration of this matter.

                                             Sincerely,

                                            Callista M. Freedman

cc: Maryann Cohea, Esquire
    Attorney for Defendant Ventiv Health U.S. Sales, Inc.

*[Handwritten: Approved as modified. MOTION "_____" this 4 day of Sept 2001. /s/ Benson Everett Legg, U.S.D.J.]*