**TYDINGS & ROSENBERG** LLP

ATTORNEYS AT LAW

MARYANN S. COHEA
410/752-9744
mcohea@tydingslaw.com

April 29, 2002

**BY HAND DELIVERY**

Honorable Benson E. Legg
United States District Court for
the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21202

      Re:   **Ewell v. Ventiv Health U.S. Sales, Inc.**
            **Civil Action No. L 00 CV3720**

Dear Judge Legg:

      I am writing to request a brief extension of time within which the defendant in the above-referenced action, Ventiv Health U.S. Sales, Inc., may file its Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment. Pursuant to the Local Rules of this Court, the Reply to Plaintiff's Opposition (which was served by hand on counsel on Thursday, April 18, 2002) normally would have been due to be filed and served today, Monday, April 29, 2002. Defendant respectfully requests that it be permitted to file its Reply on Friday, May 10, 2002.

      This extension of time is requested because, last Monday, April 22, 2002, our firm's computer system was infected with a virus that has required our entire computer system to be shut down for virtually the entire week. Because of the computer virus, defendant's counsel was unable to draft the reply, access any documents in this case via the computer, or perform any computerized legal research. We had hoped that the problem would last only a day or two; however, that has not been the case. Although our computer system now is functioning again, it continues to operate very slowly and with unpredictable complications. Remote access continues to be unavailable. (The remote access issue is important because defendant's counsel must be out of town for several days both this week and next. While counsel will be able to work on the Reply from a remote location, she will be unable to communicate with her office to allow her client to review the Reply).

Request _Approved_ this _3RD_ day of _MAY_, 2002.

_B. Legg_
Benson Everett Legg, USDJ

#297728