UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

2002 OCT 22 P 2 27

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

October 21, 2002

MEMORANDUM TO COUNSEL RE:   Wayne B. Ewell v. Ventiv Health
U.S. Sales, Inc., et al.
Civil #L-00-3720

Dear Counsel:

On March 18, 2002, Defendant filed a Motion for Summary Judgment. The Court schedules oral arguments on the motion for Thursday, November 14, 2002 at 3 p.m.

Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:   Court file