IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WAYNE B. EWELL | : |
| | : |
| v. | : CIVIL NO. L-00-3720 |
| | : |
| VENTIV HEALTH U.S. SALES INC., et al. | : |

### ORDER

Now before the Court is Defendant's Motion for Summary Judgment. For the reasons stated in the Memorandum of even date, the Court hereby GRANTS Defendant's motion and DIRECTS the CLERK to CLOSE the CASE.

It is so ORDERED this 12TH day of December, 2002.

Benson Everett Legg
United States District Judge